FILED
2025 Aug-29  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| BOB LUJANO & MICHAEL BELEW, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 7:24-CV-01486-AMM |
| | ) | |
| GPS HOSPITALITY, LLC, a foreign | ) | |
| Limited liability company, d/b/a GPS | ) | |
| HOSPITALITY PARTNERS IV, LLC, | ) | |
| a foreign limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Bob Lujano and Michael Belew ("Plaintiffs") and Defendant GPS Hospitality Partners IV, LLC ("Defendant"), hereby stipulate that Plaintiffs' claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 29th day of August, 2025.

**ATTORNEYS FOR PLAINTIFFS:**

Peter H. Burke (ASB-1992-K74P)
phburke@crlegalteam.com
**CR LEGAL TEAM, LLP**
3535 Grandview Parkway, Suite 100
Birmingham, Alabama  35243

John Allen Fulmer II
(ASB-1089-O42F)
jaf@jafulmerlaw.com
**FULMER LAW FIRM, PC**
2330 Highland Avenue South
Birmingham, Alabama  35205

Edward I. Zwilling (ASB-1564-L54E)
edwardzwilling@zwillinglaw.com
**LAW OFFICE OF EDWARD
I. ZWILLING, LLC**
4000 Eagle Point Corporate Drive
Birmingham, Alabama  35242

**ATTORNEYS FOR DEFENDANT:**

Lynlee Wells Palmer
(ASB-4367-T82P)
Lynlee.Palmer@jacksonlewis.com
Samuel E. Black (ASB-6400-B12A)
Samuel.Black@jacksonlewis.com
**JACKSON LEWIS, P.C.**
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Direct Dials: 205-332-3096/3104
Facsimile: 205-332-3131

4922-7161-3523, v. 1